UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEPHANIE SAVOY

VERSUS

POINTE COUPEE PARISH POLICE
JURY, ET AL.

CIVIL ACTION

NO. 15-128-JWD-RLB

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated May 29, 2015, to which no opposition was filed:

**IT IS ORDERED** that Plaintiff's Motion to Remand (R. Doc. ) is GRANTED, and that the action is REMANDED to the 18th Judicial District Court, Pointe Coupee Parish, Louisiana.

Signed in Baton Rouge, Louisiana, on June 16, 2015.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA